UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-CR-152-LRH-VCF** |
| | ) | |
| | ) | **FINDINGS OF FACT AND** |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES MICHAEL GOFF, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Motion made by the United States, and good cause appearing therefore, the Court finds that:

1. The Report and Recommendation ("R&R") was filed and served on November 30, 2016.

2. Counsel for the Government has ordered the transcript of the evidentiary hearing in this matter and received it on December 19, 2016. *See* Exhibit 1. Counsel for the Government needs additional time to review the transcript in order to prepare appropriate objections to the R&R, taking into account due diligence.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare an objection to the R&R, taking into account due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first motion filed herein to continue the Government's objection deadline.

6. Counsel for the Defendant has indicated that she has no opposition to the Government's motion.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the objection deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare and file objections to the R&R, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled deadline for the Government to object to the R&R (Docket #38) is extended until January 4, 2017.

DATED this 20th day of December, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

**Smith, Phillip (USANV)**

| | |
|---|---|
| **From:** | Donna Davidson <dodavidson@att.net> |
| **Sent:** | Monday, December 19, 2016 7:45 AM |
| **To:** | Smith, Phillip (USANV) |
| **Cc:** | Cowley, Katie (USANV) |
| **Subject:** | USA v. Charles Michael Goff |
| **Attachments:** | 11-15-16.pdf; 11-18-16.pdf; AO44 InvoiceSmith.pdf |

I have attached the transcripts you requested.

Please confirm receipt.

If you have any questions, please do not hesitate to contact me.

Thank you.

# Donna Davidson, RDR, CRR, CRC, CCR #318

Official Court Reporter
United States District Court
400 S. Virginia Street, Suite 301
Reno, NV  89501
Phone/fax  775-329-0132